Judge: Timothy W. Dore
Chapter: 13
Hearing Date: September 16, 2020
Hearing Location:
    Judge Dore's Courtroom
    Telephonic
Time: 9:30 p.m.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | CHAPTER 13 PROCEEDING NO. 20-10818-TWD |
|---|---|
| BRADLEY EVAN DRUMMOND & ANGELA MARIE DRUMMOND, | DEBTORS' RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM STAY |
| Debtors. | |

Debtors, Bradley Evan Drummond and Angela Marie Drummond, by and through their attorney, Jonathan Smith, hereby replies to the SN Servicing Corporation's Motion for Relief from Stay. In support thereof, Debtor states the following:

1. Debtors received a Motion for Relief from Stay on August 24, 2020.

2. Debtors filed a Chapter 7 case, case number 09-19964 on September 25, 2009.

3. Debtors received a discharge in their Chapter 7 case on December 30, 2009.

4. The debtors filed this current Chapter 13 case on March 13, 2020.

5. The second mortgage has remained silent in regards to their debt for the past ten years.

Debtor's Response to Motion for Relief of Stay - 1

**ADVANTAGE LEGAL GROUP**
**12207 NE 8TH STREET**
**BELLEVUE, WA 98005**
Tel: 425-452-9797
Facsimile: 425-440-7681

6. The debtors will reopen their Chapter 7 bankruptcy and file an adversary preceding to avoid the second mortgage.

WHEREFORE, Debtors respectfully requests the Court to deny the creditor's Motion for Relief of Stay.

DATED, this 9th day of September, 2020.

/s/ Jonathan Smith_____
Jonathan Smith, WSBA #27372
Attorney for Debtor
12207 NE 8th Street
Bellevue, WA 98005
Tel: 425-452-9797

Debtor's Response to Motion for Relief of Stay - 2

**ADVANTAGE LEGAL GROUP**
12207 NE 8TH STREET
BELLEVUE, WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681

Case 20-10818-TWD    Doc 29    Filed 09/09/20    Ent. 09/09/20 12:49:28    Pg. 2 of 2